UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 21-10009-CIV-MARTINEZ-BECERRA

FLORIDA KEYS COMMERCIAL
FISHERMENS ASSOCIATION, LLC, *et al.*,

    Plaintiffs,

v.

STATE OF FLORIDA FISH AND WILDLIFE
CONSERVATION COMMISSION, *et al.*,

    Defendants.
_____/

## OMNIBUS ORDER

**THIS CAUSE** came before the Court upon Defendants, State of Florida Fish and Wildlife Conservation Commission ("FWC") and Eric Sutton's ("Sutton") (collectively "Defendants") Amended Motion to Dismiss Complaint ("Motion to Dismiss"), (ECF No. 37); Plaintiff Tim Randolph Daniels' Motion to Amend Complaint, (ECF No. 51); and Plaintiff Tim Randolph Daniels' Motion to Allow Substitution of Proposed Amended Complaint, (ECF No. 55).

This matter was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Defendants' Motion to Dismiss. Judge Becerra issued a report and recommendation on the Motion to Dismiss, recommending that Plaintiffs' Complaint be dismissed without prejudice. The Court has reviewed the entire record and notes that no objections have been filed. After careful review of the Motion to Dismiss and the pertinent portions of the record, the Court affirms and adopts Judge Becerra's report and recommendation in its entirety.

On June 4, 2021, prior to Judge Becerra issuing her report and recommendation, but after

a hearing was held on the Motion to Dismiss, Plaintiff Tim Randolph Daniels ("Daniels") filed a Motion to Amend Complaint which appears to attempt to cure the defects laid out in Judge Becerra's report and recommendation. (ECF No. 51). Then, on June 18, 2021, without waiting for the Court's ruling on his Motion to Amend Complaint, Daniels filed an Amended Complaint, (ECF No. 54). Finally, on June 24, 2021, Daniels filed a Motion to Allow Substitution of Proposed Amended Complaint. (ECF No. 55). In this latest motion, Daniels sought to substitute the Amended Complaint that he had already filed (albeit without leave of court), with the one attached to his Motion to Amend Complaint, (ECF No. 51-1).[1] Despite Daniels filing the Amended Complaint without leave of court, and because his amended complaint attempts to fix the deficiencies outlined in Judge Becerra's report and recommendation, the Court will accept the amended complaint already filed, (ECF No. 54), as Plaintiff's operative complaint.

After careful consideration, it is

**ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 53), is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ADJUDGED** that:

1. Defendants' Amended Motion to Dismiss, (ECF No. 37), is **GRANTED** and this case is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that:

2. Plaintiff's Motion to Amend Complaint, (ECF No. 51), is **GRANTED in part**.

3. Plaintiff's Motion to Allow Substitution of Proposed Amended Complaint, (ECF No. 55), is **GRANTED**.

---

[1] It appears that Daniels may be under the impression that he filed the amended complaint as a "proposed amended complaint"; yet, the record shows that the amended complaint was filed as a separate docket entry, not labeled as a "proposed" filing.

4. Plaintiff's Amended Complaint, (ECF No. 54), shall be the operative complaint in this matter. Defendants shall have through and including **July 12, 2021** to respond to the Amended Complaint.

DONE and ORDERED in Chambers at Miami, Florida this 30th day of June, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record
Magistrate Judge Becerra