UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-10009-CIV-MARTINEZ-BECERRA

TIM RANDOLPH DANIELS,

    Plaintiff,

v.

ERIC SUTTON, EXECUTIVE DIRECTOR OF
THE FLORIDA FISH AND WILDLIFE
CONSERVATION COMMISSION, in his
official capacity,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion to Correct Record, Withdraw Stay of Discovery, and Order Parties to Confer ("Motion to Correct Record"), (ECF No. 61); and Plaintiff's Motion to Amend Caption ("Motion to Amend"), (ECF No. 67).  Magistrate Judge Becerra filed a Report and Recommendation, (ECF No. 86), recommending that (a) the Motion to Correct Record be denied; and (b) that the Motion to Amend be granted in part and denied in part.  (*Id.*).  The Court has reviewed the entire file and notes that no objections have been filed.  After careful consideration, it is

**ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 86), is **AFFIRMED** and **ADOPTED**.  Accordingly, it is further **ADJUDGED** that:

    1.    Plaintiff's Motion to Correct Record, (ECF No. 61), is **DENIED**.

    2.    Plaintiff's Motion to Amend Caption, (ECF No. 67), is **GRANTED in part** and **DENIED in part**.  The Motion to Amend Caption is granted as to Plaintiff's request to remove

Florida Keys Commercial Association, LLC from the case caption, and denied as to Plaintiff's request to add defendants.

3. The caption of the case should reflect that Tim Randolph Daniels, individually, is the sole Plaintiff in this matter and that Eric Sutton, Executive Director of the Commission, in his official capacity, is the sole Defendant in this matter.

4. The Clerk is directed to terminate Defendant State of Florida Fish and Wildlife Conservation Commission, individual members in their official capacities from this action.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of December, 2021.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All counsel of record