UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 21-10009-CIV-MARTINEZ/BECERRA

TIM RANDOLPH DANIELS,

    Plaintiff,

v.

ERIC SUTTON, Executive Director of the
Florida Fish and Wildlife Conservation
Commission, in his official capacity,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**THIS MATTER** was referred to the Honorable Jacqueline Becerra for a report and recommendation on Defendant's Motion to Dismiss, (ECF No. 64), and Motion for Summary Judgment, (ECF No. 20). (*See* ECF No. 57). Magistrate Judge Becerra issued a report and recommendation as to the Motion to Dismiss recommending that it be denied. (ECF No. 93). She also issued a report and recommendation on the Motion for Summary Judgment, recommending that it be denied as moot. (ECF No. 96). Defendant timely filed objections as to the recommendation to deny the Motion to Dismiss. (ECF No. 94). No objections have been filed as to the report and recommendation on the Motion for Summary Judgment. The Court has conducted a *de novo* review of the issues presented by the Plaintiff's Objections.

After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendations (ECF Nos. 93, 96) are **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that:

1. Defendant's Motion to Dismiss, (ECF No. 64), is **DENIED**.

2. Plaintiff's Motion for Summary Judgment, (ECF No. 20), is **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of March, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record